# UNITED STATES DISTRICT COURT
### THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| USDC SDNY |
| --- |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  1/21/2021 |

United States District Court
Southern District of New York

---------------------------------------------------------X

United States of America,

                    Plaintiff                        **SCHEDULING ORDER**

      -against-

                                      7:21-mj-00137-UA

Jamaul Aziz

                    Defendant

---------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for <u>1/25/2021</u> at 1:00 pm  before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  January 21, 2021
       White Plains, New York

                                 SO ORDERED:

                                   s/ PED

                                   _____

                                   PAUL E. DAVISON
                                   United States Magistrate Judge